ACCEPTED
12-15-00194-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
9/25/2015 12:25:40 PM
Pam Estes
CLERK

# Law Office of James H. Owen

P.O. Box 1447; Athens, Texas 75751 - Phone (903) 681-6487

September 25, 2015

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

9/25/2015 12:25:40 PM

PAM ESTES
Clerk

Kathy Lusk, Clerk of Court
12th Court of Appeals
1517 West Front Street; Suite 354
Tyler, Texas 75702

      Re:    Case Number:       12-15-00194-CV
           Trial Court Cause No.   C-7919

Style:     David Hayes
           v.
           State of Texas

Dear Ms. Lusk:

I am writing pursuant to the court's instructions in its Order which sustained the trial court's order on the indigency contest to advise the Court that the Court Costs for the Clerk's Record and the Reporter's Record in the above case have been paid.

Thank you.

                 Very Truly Yours,

                 /s/ James H. Owen

                 James H. Owen